AO 442 (Rev. 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 20 2026

ERIK PALTROW
CLERK

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
JAMES JOSEPH OWENS

*Defendant*

Case No. 26-CR-6138 KG

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAMES JOSEPH OWENS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 1343: Wire Fraud;
Counts 2-3: 18 U.S.C. § 1957: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity.

Date: 11/17/2026

K. Hernandez de Sepulveda
*Issuing officer's signature*

City and state: Albuquerque, NM

Erik Paltrow, Clerk of Court
*Printed name and title*

United States District Court District of New Mexico

**Return**

This warrant was received on *(date)* 11/18/2026, and the person was arrested on *(date)* 11/20/2026
at *(city and state)* Albuquerque, NM.

Date: 11/20/2026

[signature]
*Arresting officer's signature*

Daryl Aragon, Special Agent
*Printed name and title*