**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | | | |
|---|---|---|---|
| Before the Honorable Steven C. Yarbrough, United States Magistrate Judge | | | |
| Initial Appearance/Arraignment/Detention Hearing | | | |
| Case Number: | 26-CR-6138 KG | UNITED STATES vs. Owens | |
| Hearing Date: | Friday, November 20, 2026 | Time In and Out: | 9:54 a.m./10:01 a.m.<br>10:06 a.m./10:07 a.m.<br>10:55 a.m./11:46 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Pecos |
| Defendant: | James Joseph Owens | Defendant's Counsel: | Jacqueline Hoswell |
| AUSA: | Sean Sullivan | Pretrial/Probation: | George Rodriguez |
| Interpreter: | | Witness: | |

**Proceedings**

| | |
|---|---|
| ☒ | First Appearance by Defendant |
| ☐ | Defendant waived appearance at Arraignment |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea and denies the forfeiture allegations |
| ☒ | Motions due by: Thursday, December 10, 2026 |
| ☒ | Parties agree Standing Discovery Order to be electronically entered |
| ☐ | Discovery Order previously entered |
| ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |
| ☒ | Case assigned to: Chief Judge Gonzales |
| ☒ | Trial will be scheduled by presiding judge |
| ☐ | Trial currently set |
| ☐ | Defendant waives right to contest detention |
| ☒ | AUSA Sullivan informs the Court that he filed a motion to detain; Court would like to take a brief recess to review the motion (10:01 a.m.-10:06 a.m. break); Court is back in session, the Court moves this matter to the end of the morning docket to allow defense counsel additional time to review the Government's motion; (10:55 a.m. – Court is back in session) Defense counsel would like to argue detention today; the Court outlines the legal parameters governing the parties' arguments; AUSA-proffers; Defense-proffers; Court-findings, the Court continues to have questions that relate to the transactions that are at issue in the Petition (in case 26-CR-217 KG) and will take this matter under advisement until Tuesday, November 24, 2026. The Court would like more information, from pretrial services, about the allegations that are made in the Petition. The Court will reschedule the detention hearing for Tuesday. |

**Custody Status**

| | |
|---|---|
| ☒ | Defendant detained pending hearing |
| ☐ | Conditions |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |